UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AVRIL RAMSEY,

               Plaintiff,                      07 Civ. 7190 (CM)

   -against-                            STIPULATION
                                           CORRECTING CAPTION

METRO-NORTH COMMUTER RAILROAD,

               Defendant.
------------------------------------------------------X

      IT IS HEREBY STIPULATED that the caption be amended to correct the name of "Avril Raymsay" to "Avril Ramsey".

      IT IS HEREBY STIPULATED that the filing and serving of an Amended Complaint is waived.

DATED: August    , 2007

_____                 _____
Attorney for Plaintiff                          Attorneys for Metro-North Commuter Railroad.
Law Offices of Michael Flynn, PC
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

9/12/07 So ordered

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07