UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AVRIL RAMSAY,

                  Plaintiff,

                                          **RULE 7.1 STATEMENT**

  -against-

                                          07 Civ. 7190 (CM)

METRO-NORTH COMMUTER RAILROAD,

                  Defendant.
-------------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       September 21, 2007          GENERAL COUNSEL

                                          BY:__S/_____
                                            José R. Rios  - JRR-5785
                                            Attorneys for Defendant
                                            347 Madison Avenue
                                            New York, New York  10017
                                            (212) 340-2537