347 Madison Avenue
New York, NY 10017-3739
212-340-3000

Peter A. Cannito
President





**MTA Metro-North Railroad**


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08


RECEIVED
APR 1 - 2008

April 1, 2008

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street – Room 640
New York, New York 10007

**MEMO ENDORSED**

Re: Avril Ramsey v. Metro-North Commuter Railroad – 07 CV 7190 (CM)

Dear Judge McMahon:

I represent the defendant, Metro-North Commuter Railroad, in the above referenced matter. The pre-trial order (PTO) in the above referenced matter is due by today. All discovery in this matter has been done except for a defense physical examination and some additional disclosure that resulted from a recent deposition of one of the defendant's witnesses. The defendant just served its responses on that supplemental disclosure.

In light of the outstanding items, the parties jointly request a 45 day extension of the time to file the pre-trial order so that the plaintiff can review the additional disclosure and the defendant can complete the physical examination. For Your Honor's information, there is a mediation scheduled on this matter before a federal court mediator for May 23, 2008. Thank you for your attention and consideration in this regard.

Yours truly,

*José R. Rios*

José R. Rios
Special Counsel
212-340-2537
cc: Marc Wietzke, Esq. – by fax

*Colleen McMahon*
4/2/08

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman