UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Avril Ramsey,

                Plaintiff(s),              07  Civ.  7190 (CM) (GWG)

        -against-                       AMENDED
                                        CALENDAR NOTICE

Metro-North Commuter Railroad,
        Defendant(s).
----------------------------------------------------X


Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ____ Status Conference | ___ Oral argument |
| ___ Settlement conference | ____ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | _✓_ Final pre-trial conference | |
| ___ Telephone Conference | ____ Jury Selection and Trial | |
| ___ Non-Jury Trial | ____ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, June 25, 2009 at 11:00 a.m.** in Courtroom 14C, U. S. District Court,  500 Pearl Street, New York, New York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: May 18, 2009
       New York, New York


                          So Ordered

                          Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|18|09